RICHARD MARLOW, PROSECUTOR, v. VILLAGE OF RIDGE-WOOD, AND BOARD OF COMMISSIONERS OF RIDGE-WOOD, DEFENDANTS.

Argued May 6, 1947—Decided May 7, 1947.

Before Justices DONGES, COLIE and EASTWOOD.

For the prosecutor, *Doughty & Dwyer* (*Michael A. Dwyer* and *John W. Ockford*).

For the defendants, *William E. Reinhardt*.

PER CURIAM.

The record that comes up to this court fails to disclose any action of any kind which would require us to pass upon the zoning ordinance adopted by the municipality on April 23d, 1946. There is no judgment, order or action to be reviewed. The writ is dismissed, with costs.